**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **COMMUNITY BANK & TRUST –**<br>**WEST GEORGIA,**<br>　　　　　**Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO.  25-2258** |
| **LAW OFFICE OF JAMES A.**<br>**GRAHAM LLC, ET AL.,**<br>　　　　　**Defendants** | **SECTION: "E" (2)** |

### ORDER

The Court, having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation,[1] and the failure of either party to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the Plaintiff Community Bank and Trust – West Georgia be awarded $15,861.05 in attorneys' fees and $1,574.75 in costs, for a total award of $17,435.80.

**New Orleans, Louisiana, this 4th day of August, 2026.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 25